FILED
CLERK, U.S. DISTRICT COURT
APR 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO LEYVA, | No. ED CV 04-1483-CBM(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF PERRIS POLICE DEPARTMENT, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 4/09/08

CONSUELO B. MARSHALL
United States District Judge